■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MATTOCKS, Appellant. [789 NYS2d 922]—

Appeal by the defendant from an order of the Supreme Court, Kings County (Silverman, J.), entered November 20, 2003, which denied his postconviction motion pursuant to CPL 440.30 (1-a) for DNA testing.

Ordered that the order is affirmed.

The Supreme Court properly denied the defendant's motion pursuant to CPL 440.30 (1-a) for DNA testing of specified evidence admitted at his trial since he failed to show that there was a reasonable probability that the test results would have resulted in a verdict that was more favorable to him had the DNA test results been admitted into evidence at trial (*see* CPL 440.30 [1-a]; *People v Leung,* 3 AD3d 582 [2004]; *People v Shenouda,* 307 AD2d 938 [2003]; *People v Pugh,* 288 AD2d 634 [2001]; *People v Kellar,* 218 AD2d 406 [1996]). Florio, J.P., Adams, S. Miller and Goldstein, JJ., concur.